

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
04/10/2019

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-31125 |
|---|---|---|---|
| Debtor | In Re: | T&T AIR, LLC | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name | Catherine L. Steege |
| Firm | Jenner & Block LLP |
| Street | 353 N. Clark Street |
| City & Zip Code | Chicago, IL 60654 |
| Telephone | 312 923-2952 |
| Licensed: State & Number | Illinois (6183529) |

Seeks to appear as the attorney for this party:

Gulfstream Aerospace Corporation (creditor)

Dated: April 8, 2019          Signed: /s/ Catherine L. Steege

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order   (Docket No. 142)

This lawyer is admitted *pro hac vice*.
The lawyer shall review the Local Rules and the Court's published procedures.

**Signed:** April 10, 2019

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE